UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL BRASIL, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GEORGE BROWN, et al.,<br><br>        Defendants. | Case No. 3:22-cv-03560-JD<br><br>**ORDER TO SHOW CAUSE** |

On January 18, 2023, the Court held a regularly noted status conference in this case. Counsel for defendant Erik Brunner did not appear at the conference. Dkt. No. 53. The absence was unexcused. Brunner also did not participate in the joint statement required by the Court. Dkt. Nos. 50, 51. This was also unexcused.

These defaults unduly burden the Court and the other parties, and needlessly multiply the proceedings in this case. Brunner's counsel of record, David Banie, is directed to show cause in writing why the Court should not impose professional conduct sanctions on him, or monetary or other sanctions. A response to this order must be filed by February 16, 2024.

**IT IS SO ORDERED.**

Dated: January 30, 2024

JAMES DONATO
United States District Judge