ROBERT R. POWELL (SBN: 159747)
POWELL & ASSOCIATES
925 West Hedding Street
San Jose, California 95126
(408) 553-0200 Telephone
(408) 553-0201 Facsimile
E: rpowell@rrpassociates.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL BRASIL, individually and as Guardian ad Litem for her minor children S.H., K.H. and E.H.; MARIO HERNANDEZ,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>GEORGE BROWN; ERIK BRUNNER,<br><br>　　　　　Defendants. | Case No: 3:22-CV-03560-JD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| ERIK BRUNNER, an individual,<br><br>　　　　　Counterclaimant,<br>　　　v.<br>MARIO HERNANDEZ, an individual<br><br>　　　　　Counter-Defendant. | |

- 1 -

Stipulation and Order of Dismissal with Prejudice
Brasil, et al. v. City of San Jose, et al.
U.S. District Court – Northern District
Case No. 3:22-CV-03560-JD

Pursuant to Federal Rule of Civil Rule Procedure 41(a)(1) and based upon an agreement between Plaintiffs Raquel Brasil, Mario Hernandez, E.H, S.H, K.H, and Defendants George Brown and Eric Brunner ("Defendants"), IT IS HEREBY STIPULATED, by and between the parties to this action, through their designated counsel, that the Complaint filed by Plaintiffs Raquel Brasil, Mario Hernandez, E.H, S.H, K.H in the above-titled matter against Defendants is hereby dismissed with prejudice. Each party agrees to bear its own attorney's fees and costs.

//

IT IS SO STIPULATED

ROBERT R. POWELL

**POWELL & ASSOCIATES**

Date: June 11th, 2025

/S/ Robert R. Powell
ROBERT R. POWELL, ESQ.
Attorney for Plaintiffs

Date: June 11th, 2025

/S/ Ian K. Boyd
IAN K. BOYD
Attorney for Defendant
GEORGE BROWN

Date: June 11th, 2025

/S/ Katherine R. Moore
KATHERINE R. MOORE, ESQ.
Attorney for Defendant
ERIK BRUNNER

- 2 -

Stipulation and Order of Dismissal with Prejudice
Brasil, et al. v. City of San Jose, et al.
U.S. District Court – Northern District
Case No. 3:22-CV-03560-JD

# ORDER

Pursuant to the Stipulation of the parties, the complaint filed by Plaintiffs Raquel Brasil, Mario Hernandez, E.H., S.H., and K.H. against Defendants in the above-titled action is hereby dismissed with prejudice. Each party agrees to bear its own attorneys' fees and costs.

Dated: 7/15/2025

_____
HON. JUDGE JAMES DONATO
UNITED STATES DISTRICT JUDGE

- 3 -

Stipulation and Order of Dismissal with Prejudice
Brasil, et al. v. City of San Jose, et al.
U.S. District Court – Northern District
Case No. 3:22-CV-03560-JD